IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STACY R.  JOHNSON                                                                                    PLAINTIFF

v.                                           Case No.: 4:07-cv-4057

JERRY CRANE, Hempstead County Sheriff;
LOUISE PHILLIPS, Hempstead County Jail Administrator                        DEFENDANTS

## O R D E R

Now before the Court is Defendants' Motion to Dismiss.  (Doc.  19).  Defendants filed a Motion to

Compel Plaintiff's responses to Discovery on January 24, 2008.  (Doc.  17).  This Court granted the Motion

to Compel, allowing Plaintiff until and including March 7, 2008 to provide Defendants with the required

responses to Discovery.  (Doc.  18).  Defendants now come before the Court in their Motion to Dismiss and

state no responses to Discovery have been provided by the Plaintiff.  Defendants further state they have

received no other correspondence from the Plaintiff.

In the Court's Order granting the Motion to Compel (Doc.  18), the Court advised the Plaintiff that

failure to comply with the Court's order for Discovery may result in the dismissal of his case for failure to

prosecute and failure to obey an Order of the Court.  No mail has been returned to the Court in this case, and

Plaintiff has not indicated a change of address.  The Court has received from Plaintiff correspondence

unrelated to the request for his Discovery responses during the time frame in question.  However, Plaintiff

has not corresponded with the Court or filed any Motions related to the Order that he provide Defendants

with Discovery.

Accordingly, the above-styled case is hereby DISMISSED without prejudice for failure to prosecute

and failure to follow an Order of the Court.

IT IS SO ORDERED this 3rd day of April 2008.

/s/ Barry A.  Bryant
HONORABLE BARRY A.  BRYANT
U.S. MAGISTRATE JUDGE